Universal City Studios Productions LLLP v. Mario Lavandeira et al                                                                          Doc. 5

SEND
FILED
CLERK, U.S DISTRICT COURT
MAR - 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLP, <br> PLAINTIFF(S) <br> v. <br> MARIO LAVANDEIRA, dba PEREZ HILTON; and DOES 1 THROUGH 10, <br> DEFENDANT(S). | CASE NUMBER <br><br> CV07-1114 ABC (JCx) <br><br> ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224 |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

28 USC 455   (employment)

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:
☒ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

March 5, 2007                                    AUDREY B. COLLINS
Date                                             United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___A. Howard Matz___. On all documents subsequently filed in this case, please substitute the initials ___AHM___ after the case number in place of the initials of the prior Judge so that the case number will read: ___CV 07-1114 AHM (JCx)___.

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (01/05)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224

ENTERED ON CM 3/8/07

dockets.Justia.co