Case 2:07-cv-01114-FMC-JC  Document 6  Filed 03/09/2007  Page 1 of 1

Universal City Studios Productions LLLP v. Mario Lavandeira et al    SEND    Doc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 07-1114 AHM (JCx)    Date and Filed: March 9, 2007

Title: Universal City Studios, etc. -vs- Mario Lavandeira, etc.

==========================================================================
PRESENT:    THE HONORABLE    AUDREY COLLINS    , JUDGE

           D. Alex                    Not present
        Courtroom Clerk              Court Reporter

ATTORNEYS FOR PLAINTIFFS:        ATTORNEYS FOR DEFENDANTS:

    not present                      not present

PROCEEDINGS:    SETTLEMENT SELECTION (IN CHAMBERS)

Reference of the above case to the Alternative Dispute Resolution Pilot Program, General Order 02-07, is vacated. All further settlement procedures in this action shall be pursuant to Local Civil Rule 16-14.

DOCKETED ON CM
MAR 12 2007
SB
004

MINUTES FORM              Initials of Deputy Clerk  D. ABY
CIVIL - GEN