SEND

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2007
CENTRAL DISTRICT OF CALIFORNIA
BY  SDM                     DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSAL CITY STUDIOS PRODUCTIONS, | CASE NUMBER: CV 07-01114 MMM (JCx) |
|---|---|
| PLAINTIFF, | |
| v | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224 |
| MARIO LAVANDEIRA, etc. | |
| DEFENDANT. | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of: <u>the fact that Judge Morrow owns a stock in General Electric.  Universal City Studios Productiions is a wholly-owned subsidiary of NBC Universal, Inc., which is owned by General Electric.</u>

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.

☐ after 120 days of the Court being assigned said case.

Dated: March 21, 2007

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Florence-Marie Cooper___.  On all documents subsequently filed in this case, please substitute the initials ___FMC___ after the case number in place of the initials of the prior Judge so that the case number will read: ___CV 07-1114 FMC (JCx)___.

This is very important because documents are routed to the assigned Judge by means of the **initials.**

This case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:

☒ Western    ☐ Southern    ☐ Eastern Division.

**Subsequent documents must be filed at the   ☒ Western    ☐ Southern    ☐ Eastern Division.**
Failure to file at the proper location will result in your documents being returned to you.

CV-52 (01/05)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 of GENERAL ORDER 224

ENTERED ON CM 3/23/07