P Send

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  2:07-cv-01114-FMC-JCx                                  Date  March 28, 2007

Title  UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP v. MARIO LAVANDEIRA

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not present                                            Not present

**Proceedings:**  ORDER ON TRANSFER OF CASE TO JUDGE COOPER and ORDER SETTING SCHEDULING CONFERENCE ***   (In Chambers)

This action has been reassigned to the HONORABLE FLORENCE-MARIE COOPER, United States District Judge.

Please substitute the initials FMC in place of the initials MMM . The case number will now read: **CV 07-1114 FMC(JCx)**. Henceforth, it is imperative that the initials FMC be used on all documents to prevent any delays in processing of documents.

Judge Cooper's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-1782. Judge Cooper's courtroom is located on the 7th floor of the Roybal Federal Building, Courtroom # 750. **Additional information about Judge Cooper's procedures can be found on her website profile at www.cacd.uscourts.gov.** The Court will entertain appearances by telephone for all status conferences, scheduling conferences and oral argument on motions. *If you wish to appear by telephone, you must:*

  (i)   notify the clerk at least two days in advance of **each appearance date**
  (ii)  provide the clerk with the telephone number at which the Court can reach you (land lines, only; no cellular phones)
  (iii) agree to be available at that number for up to one hour from the time of the scheduled appearance

This Court hereby sets a Scheduling Conference pursuant to Rule 16, Federal Rules of Civil Procedure, on **June 4, 2007 at 9:00 a.m.** Trial counsel are ordered to be present.

Failure to comply with this Order will subject the offending party to sanctions under FRCvP 16(f). At least seven days prior to the Scheduling Conference, the parties must submit to the Court their Rule 26(f) Report, outlining their discovery plan as established at the Rule 26(a)(1) meeting of counsel. If additional parties appear in this action after service of this Order, counsel for plaintiff shall serve a copy of the Order on all counsel for new parties and file Proof of Service with the Court.

DOCKETED ON CM
MAR 2 9 2007

P Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.: 2:07-cv-01114-FMC-JCx                    Date: March 28, 2007

Title: UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP v. MARIO LAVANDEIRA

**This case is part of the ADR Pilot Program. Counsel of record must confer and jointly complete the ADR Pilot Program Questionnaire, which was provided to plaintiff's counsel at the time of filing. Counsel is directed to file the Questionnaire concurrently with the Joint Rule 26(f) Report. <u>Failure to timely file the Joint Report and/or the ADR Questionnaire will result in the Scheduling Conference being removed from the Court's calendar.</u>**

***Note: Under the 2000 Amendments to the Federal Rules of Civil Procedure, Rules 16(b), 26(a)(1), 26(a)(3), 26(a)(4), 26(d) and 26(f) are now effective in this district. Counsel are expected to be familiar with those rules.***

                                                              : N/A
                               Initials of Preparer    AMJ