Universal City Studios Productions LLLP v. Mario Lavandeira et al    P SEND    Doc. 1

FILED
CLERK, U S DISTRICT COURT
MAR 28 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSAL CITY STUDIOS, etc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 07-1114 FMC(JCx) |
| v. | |
| MARIO LAVANDEIRA | NOTICE TO PARTIES OF ADR PILOT PROGRAM - TRANSFERRED CASE |
| DEFENDANT(S). | |

Dear Counsel,

The district judge to whom the above-referenced case has been transferred is participating in an ADR Pilot Program. To assist the court in evaluating whether this case is suitable for the program, all counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removed case) is directed to file the Questionnaire with the court:

☐ five days before the Federal Rule of Civil Procedure 26(f) meeting of parties or

☐ within ten days of this notice.

■ concurrently with the Joint Rule 26 Report.

Clerk, U.S. District Court

Dated: March 28, 2007

By: Alicia Mamer (213) 894-1782
Deputy Clerk

DOCKETED ON CM
MAR 29 2007
BY ___ 004

ADR-10 (07/06)    NOTICE TO PARTIES OF ADR PILOT PROGRAM - TRANSFERRED CASE

Dockets.Justia.co