Universal City Studios Productions LLLP v. Mario Lavandeira et al                                                                    Doc. 1

Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-01114-FMC-JCx | Date | June 4, 2007 |
|---|---|---|---|
| Title | UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP v. MARIO LAVANDEIRA | | |

**Present: The Honorable** FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

    Edward Ruttenberg                                      Bryan J. Freedman
    Nicholas Morgan                                         David Marmorstein

**Proceedings:**     SCHEDULING CONFERENCE

The conference is held. The Court's trial order will issue.

: 15

Initials of Preparer    AM

DOCKETED ON CM
JUN - 4 2007
BY _____ 154

# 18

dockets.Justia.co