Send

```
                    FILED
         CLERK US DISTRICT COURT

              JUN -4 2007

         CENTRAL DISTRICT OF CALIFORNIA
         BY                    DEPUTY
```

SCANNED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, | ) | CV 07-1114 FMC (JCx) |
|---|---|---|
| | ) | **ORDER FOR JURY TRIAL** |
| Plaintiff(s), | ) | |

**ORDER FOR JURY TRIAL**

UNIVERSAL CITY STUDIOS
PRODUCTIONS, LLLP,

                Plaintiff(s),

vs.

MARIO LAVANDIERA, dba PEREZ
HILTON, et al.,

                Defendant(s).

CV 07-1114 FMC (JCx)

**ORDER FOR JURY TRIAL**

1. Discovery Cut-Off Date: January 31, 2008
2. Cut-Off Date for Joining Parties or Amending Pleadings: March 17, 2008
3. Cut-Off Date for Hearing Motions: March 17, 2008
4. Expert Witness Exchange Deadline: in accordance with the Rules
5. Final Pre-Trial Conference: April 28, 2008, at 9:30 a.m.
6. Trial Date: May 27, 2008, at 9:00 a.m.

SCHEDULING:

    1.    <u>In General</u>.  The Court has established a cut-off date for joining parties or amending pleadings.  All motions to join other parties or to amend the pleadings shall be filed and served on, or prior to, the cut-off date.  All motions to join other parties or to amend the pleadings shall be noticed for hearing.  All unserved parties are subject to dismissal at the time of the Pre-Trial Conference pursuant to Local Rule 16-7.1.

```
        DOCKETED ON CM

           JUN - 4 2007

        BY                154
```

# 19

1        2.   <u>Discovery Cut-Off</u>.  The Court has established a cut-off date for

2    discovery in this action. All discovery is to be completed on, or prior to, the cut-off

3    date. Accordingly, the following discovery schedule shall apply to this Court.

4    /     /     /

5

6        A.   <u>Depositions</u>.  All depositions shall be scheduled to commence

7    at least five (5) working days prior to the discovery cut-off date.  All original

8    depositions to be used in trial shall be lodged with the Courtroom Deputy on the day

9    of trial.

10       B.   <u>Discovery Motions</u>.  Any motion respecting the inadequacy of

11   responses to discovery must have been heard by the discovery cut-off date.  Counsel

12   are expected to strictly comply with all local rules and the Federal Rules of Civil

13   Procedure concerning discovery.  Whenever possible, the Court expects counsel to

14   resolve discovery problems among themselves in a courteous, reasonable, and

15   professional manner.  The Court expects that counsel will strictly adhere to the

16   Civility and Professional Guidelines adopted by the United States District Court for

17   the Central District of California in July of 1995.

18   <u>LAW AND MOTION</u>:

19       1.   The Court has ordered the above cut-off date for the <u>hearing</u> of motions

20   in this action.  All motions must be noticed so that the <u>hearing</u> takes place on or

21   before the motion cut-off date.  Counsel is to provide chambers with  conformed

22   courtesy copies of any reply documents.  Please do not put courtesy copies in

23   envelopes.

24       2.   If oral argument is not required, counsel will be advised the week

25   before the hearing date.  If oral argument is to be heard, the Court will make every

26   effort to issue a tentative ruling or an outline of issues on which argument should

27   concentrate in advance of the hearing date.  Please include your fax number on all

28   pleadings.    Counsel   should   check   the   district   court's   website   at

1  www.cacd.uscourts.gov under this Judge's profile to find any tentative rulings
2  posted on Thursday afternoon or Friday before the scheduled oral argument.
3
4      3.      Counsel are to deliver courtesy copies of reply documents to the
5  Judge's office in the drop box located in the corridor by the chambers on the 7th
6  floor of the Roybal Federal Building.
7      4.      All documents are to comply with Local Rule 11-3.1 and shall be
8  prepared in 14-point font or larger or monospaced typeface with no more than 10
9  ½ characters per inch.  Counsel are also directed to adhere to Local Rule 11-3.6,
10  requiring that all documents be double spaced, and Local Rule 11-8, requiring that
11  all briefs that exceed 10 pages in length must have a table of contents and a table of
12  authorities.
13  FINAL PRE-TRIAL CONFERENCE:
14      This case has been placed on calendar for a Final Pre-Trial Conference
15  pursuant to Fed.R.Civ.P. 16 and Local Rule 16-7.  Unless excused for good cause,
16  each party appearing in this action shall be represented at the Final Pre-Trial
17  Conference by the attorney who is to have charge of the conduct of the trial on
18  behalf of such party.  Counsel should be prepared to discuss streamlining the trial,
19  including presentation of testimony by deposition excerpts or summaries, time
20  limits, stipulations as to undisputed facts, and qualification of experts by admitted
21  resumes.
22      STRICT COMPLIANCE WITH THE REQUIREMENT OF LOCAL RULE
23  16-1, et seq., IS REQUIRED BY THE COURT.  Therefore, carefully prepared
24  Memoranda of Contentions of Fact and Law, Witness List, Exhibit List, and a
25  proposed Final Pre-Trial Conference Order shall be submitted in accordance with
26  the Rules, and the form of the proposed Final Pre-Trial Order shall be in conformity
27  with the format set forth in the Appendix A to the Local Rules.
28      The Memoranda of Contentions of Fact and Law are due twenty-one (21) days

1  before the Final Pre-Trial Conference, and the proposed Final Pre-Trial Conference

2  Order is to be lodged seven (7) days before the Final Pre-Trial Conference.

3  SETTLEMENT PROCEDURES:

4          A settlement procedure is required in every case pursuant to Local Rule 16-

5  14, et seq.  The Court will normally be guided by counsel's agreement as to what

6  procedure is appropriate for this case and when the optimum time for that procedure

7  is.  Counsel are responsible for seeing that the settlement procedures are conducted

8  well before the Final Pre-Trial Conference.    Not to the exclusion of other

9  procedures, the following are available:

10                (1)    a settlement conference before the district judge or
                         magistrate judge assigned to the case; however, the
11                       undersigned shall not participate in settlement of a
                         case to be tried without a jury;
12
                  (2)    a settlement conference or mediation before
13                       an attorney selected from the Attorney
                         Settlement Panel;
14
                  (3)    the employment (at the parties' expense) of
15                       a private judge, a mediator, or arbitrator.

16

17  TRIAL PREPARATION FOR JURY TRIAL - MOTIONS, INSTRUCTIONS AND

18  EXHIBITS:

19          THE COURT ORDERS that all counsel comply with the following in their

20  preparation for trial:

21          1.    MOTIONS IN LIMINE

22                All motions in limine must be filed no later than twenty-one (21) days

23  before the Final Pre-Trial Conference.   There is no need to provide the Court with

24  proposed Orders on the Motions in Limine.  The Court will rule on all motions in

25  limine at the Final Pre-Trial Conference.    **Failure to file motions in limine on**

26  **time may result in a continuance of the trial date.**

27          2.    JURY INSTRUCTIONS/SPECIAL VERDICT FORMS

28                Thirty-five (35) days before trial, plaintiff shall serve plaintiff's

1  proposed jury instructions and special verdict forms on defendant. Twenty-eight

2  (28) days before trial, defendant shall serve on plaintiff defendant's objections to

3  plaintiff's instructions together with any additional instructions defendant intends

4  to offer. Twenty-one (21) days before trial, counsel are ordered to meet and confer

5  to attempt to come to agreement on the proposed jury instructions.

6       Fourteen (14) days before trial, counsel shall file with the Court a JOINT set

7  of jury instructions on which there is agreement.

8       Reference to the instructions in the *Manual of Model Jury Instructions for*

9  *the Ninth Circuit,* the *California Book of Approved Jury Instructions Civil,* or the

10  *Judicial Council of California Civil Jury Instructions (CACI),* shall be by number

11  only. The Court requests only a list of those numbered instructions, which the

12  Court has accessible on its computer. Do not provide written copies of those

13  instructions.

14       Defendant's counsel has the burden of preparing the joint set of jury

15  instructions. At the same time each party shall file its proposed jury instructions

16  which are objected to by any other party, accompanied by points and authorities in

17  support of those instructions and in support of any objections.

18       With respect to the parties' special instructions, each requested instruction

19  shall be set forth in full; be on a separate page; be numbered; cover only one subject

20  or principle of law; and not repeat principles of law contained in any other requested

21  instruction.

22       During the trial and before argument, the Court will meet with counsel and

23  settle the instructions. **Failure of counsel to strictly follow the provisions of this**

24  **section may subject the non-complying party and/or its attorney to sanctions**

25  **and shall constitute a waiver of jury trial.**

26  3.    TRIAL EXHIBITS

27       Counsel are to prepare their exhibits for presentation at the trial by

28  placing them in binders which are indexed by exhibit number with tabs or dividers

1  on the right side.  Counsel shall submit to the Court an original and one copy of the

2  binders.  The exhibits shall be in a three-ring binder labeled on the spine portion of

3  the binder as to the volume number <u>and</u> contain an index of each exhibit included

4  in the volume.  Exhibits must be numbered in accordance with Local Rule 16.5.

5        The Court requires that the following be submitted to the Courtroom Deputy

6  Clerk on the first day of trial:

7        a.    The <u>original exhibits</u> with the Court's exhibit tags, yellow tags

8  for plaintiff and blue tags for defendant, shall be stapled to the front of the exhibit

9  on the upper right-hand corner with the case number, case name, and exhibit number

10  placed on each tag.

11        b.    <u>One bench book</u> with a copy of each exhibit tabbed with numbers

12  as described above for use by the Court.  (Court's exhibit tags not necessary.)

13        c.    Three (3) copies of exhibit lists.

14        d.    Three (3) copies of witness lists in the order in which the

15  witnesses may be called to testify.

16        e.    If a daily transcript and/or real time reporting will be requested

17  or is contemplated, the reporter is to be notified at least one week in advance of the

18  trial date.

19        In jury cases where a significant number of exhibits are to be admitted, the

20  Court encourages counsel, preferably by agreement, to consider ways in which

21  testimony about exhibits may be made intelligible to the jury while it is being

22  presented.  Counsel may consider such devices as overhead projectors, jury

23  notebooks for admitted exhibits, or blow-ups of important exhibits.  The Central

24  District has Elmo equipment which may be available for your use during trial.  Call

25  the Court's Space and Facilities Division at (213) 894-1400 to reserve audio visual

26  equipment.  Do not plan to pass exhibits up and down the jury box while court is

27  in session.

28        All counsel are to meet not later than ten (10) days before trial and to

- 6 -

1  stipulate, so far as is possible, to foundation, waiver of the best evidence rule, and

2  to those exhibits which may be received into evidence at the start of the trial. The

3  exhibits to be so received will be noted on the extra copies of the exhibit lists.

4  4.    MINI OPENING STATEMENTS

5          On the first day of the trial, one attorney for each side is to deliver a mini-

6  opening statement to the prospective jury panel, before jury selection begins. Each

7  statement is to be no more than five minutes in length.

8

9  JURY TRIAL:

10         After the initial day of trial, trial days are Tuesday through Friday from 8:00

11  a.m. to 1:30 p.m. with two fifteen-minute breaks, normally at 10:00 a.m. and 12:00

12  p.m. On the first day of trial, the Court will commence at 9:00 a.m. and conclude

13  at 4:00 p.m. with the standard lunch break.

14         The Clerk is ordered to serve a copy of this Order personally or by mail on

15  counsel for all parties to this action

16              DATED this  4th   day of June,  2007.

17

18

19              _____
                FLORENCE-MARIE COOPER, JUDGE
20              UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | ) | CV                    FMC(   x) |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | **EXHIBIT LIST** |
| | ) | |
| | ) | *SAMPLE FORMAT* |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

| EXH. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCANNED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  | ) | CV            FMC(    x) |
|---|---|---|
|  | ) |  |
| Plaintiff(s), | ) |  |
|  | ) | **WITNESS LIST** |
| vs. | ) |  |
|  | ) | *SAMPLE FORMAT* |
|  | ) |  |
| Defendant(s). | ) |  |

| WITNESSES FOR PLAINTIFF | DATES OF TESTIMONY |
|---|---|
|  |  |
|  |  |
|  | (to be filled in during trial) |
|  |  |
|  |  |
| WITNESSES FOR DEFENDANT |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |